IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON HOLY**                                                                                                                **PLAINTIFF**

**v.**                                            **CASE NO. 4:21-CV-01224-BSM**

**CODY DRAKE,** *Police Chief,*
*Lincoln County Police Department*                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE